**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE:  RELINQUISHMENT OF: B.M.A., A MINOR | : | No. 690 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.A., FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.